**Deborah ANDERSON, Plaintiff–Appellant,**

v.

**COUNTY OF CONTRA COSTA DE-PARTMENT OF HEALTH SER-VICES, Defendant–Appellee.**

No. 01–16707.

D.C. No. CV–00–02590–MEJ.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2002 *.

Decided May 28, 2002.

Before FERNANDEZ, THOMAS, and WARDLAW, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

MEMORANDUM ***

Deborah Anderson appeals the district court's order denying her Federal Rule of Civil Procedure 60(b) motion. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion and affirm because Anderson failed to show any ground for relief. *See Sch. Dist. No. 1J, Multnomah County v. ACandS, Inc.,* 5 F.3d 1255, 1262–63 (9th Cir.1993).

AFFIRMED.

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

